## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ERNEST TERRELL FRIAR, JR.**                                     **PLAINTIFF**
**ADC #660122**

**v.**                          **CASE NO: 1:19cv00040 JM**

**NEWPORT POLICE DEPARTMENT,** *et al.*                          **DEFENDANTS**


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

Plaintiff's Complaint (Doc. No. 1) is dismissed without prejudice.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of June, 2019.


_____
UNITED STATES DISTRICT JUDGE