IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERNEST TERRELL FRIAR, JR.**                                         **PLAINTIFF**
**ADC #660122**

v.                   **CASE NO: 1:19cv00040 JM**

**NEWPORT POLICE DEPARTMENT,** *et al*.                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 25th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE